[No. 33032-6-II. Division Two. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD EUGENE McCoy, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-00477-0, James E. Warme, J., entered March 16, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 33044-0-II. Division Two. April 11, 2006.]

*In the Matter of the Marriage of* CYNTHIA KAY DUNLAP, *Appellant,* and JOSEPH HERBERT DUNLAP III, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-3-00035-1, Bryan E. Chushcoff, J., entered March 22, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33065-2-II. Division Two. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR ROCAEL LOPEZ-MARIA, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-02033-6, James E. Rulli, J., entered March 30, 2005. *Reversed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 33361-9-II. Division Two. April 11, 2006.]

STEVEN L. WINTER, *Appellant,* v. TOYOTA OF VANCOUVER USA, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-00574-8, Roger A. Bennett, J., entered May 31, 2005. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.